**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

BENJAMIN MENDEZ,

                        Plaintiff,                    20 **CIVIL** 7514 (SN)

        -v-                         **JUDGMENT**

ANDREW SAUL,

                        Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 30, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand the Administrative Law Judge will offer the plaintiff the opportunity for a new hearing.

**Dated:** New York, New York
          April 30, 2021

                                                 **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                        **BY:**
                                                  **Deputy Clerk**